# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   KEVIN H. FISHER                                        Case Number: 08-72005
128 HILLTOP                          SSN-xxx-xx-4486
LAKE IN THE HILLS, IL  60156

|  |  | Case filed on: | 6/25/2008 |
|---|---|---|---|
|  |  | Plan Confirmed on: |  |

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | THAV & RYKE P.L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 017 | KEVIN H. FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | EVERHOME MORTGAGE | 26,042.48 | 20,000.00 | 0.00 | 0.00 |
|  | Total Secured | 26,042.48 | 20,000.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | ROUNDUP FUNDING LLC | 1,942.68 | 1,942.68 | 0.00 | 0.00 |
| 003 | B-REAL LLC | 560.59 | 560.59 | 0.00 | 0.00 |
| 004 | CHECK RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COAST 2 COAST FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | KEYFINSERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | KEYFINSERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MED BUSI BUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PHOENIX MNG | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 3,132.36 | 3,132.36 | 0.00 | 0.00 |
|  | Total Unsecured | 5,635.63 | 5,635.63 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 31,678.11 | 25,635.63 | 0.00 | 0.00 |

Total Paid Claimant:          $0.00
Trustee Allowance:            $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00      discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 10/30/2008                 By  /s/Heather M. Fagan